# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SHMUEL OVADIA      JOINT DEBTOR: _____      CASE NO.: 17-20566-LMI
Last Four Digits of SS# 1751      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ __100.00__ for months __1__ to __36__ ;
- B. $ _____ for months _____ to _____ ;
- C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

**Administrative:** Attorney's Fee - $ __3,650.00__ ($3500 Base plus $150 Costs)   TOTAL PAID $ __2,600.00__
Balance Due $ __1,050.00__ payable $ __75.00__ /month (Months __1__ to __14__ )

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __None__
Address: _____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment $ _____ /month (Months _____ to _____ )
Regular Payment $ _____ /month (Months _____ to _____ )

2. _____
Address: _____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment $ _____ /month (Months _____ to _____ )
Regular Payment $ _____ /month (Months _____ to _____ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None. | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. None _____      Total Due $ _____
                    Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____
2. _____           Total Due $ _____
                    Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____

**Unsecured Creditors:**   Pay $ __15.00__ /month (Months __1__ to __14__ ).
                          Pay $ __90.00__ /month (Months __15__ to __36__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Shmuel Ovadia_
Debtor Shmuel Ovadia
Date: 9/15/17

LF-31 (rev. 01/08/10)