**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 17-20566-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

SHMUEL OVADIA

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$720.92**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

   NANCY K. NEIDICH, ESQUIRE
   STANDING CHAPTER 13 TRUSTEE
   P.O. BOX 2099
   MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **July 9, 2018** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 25th day of May 2018.

   /s/ Nancy K. Neidich_____
   NANCY K. NEIDICH, ESQUIRE
   STANDING CHAPTER 13 TRUSTEE
   P.O. BOX 279806
   MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 17-20566-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
SHMUEL OVADIA
1504 BAY ROAD
APT. 1016
MIAMI BEACH, FL  33139-3272

**ATTORNEY FOR DEBTOR**
STAN L. RISKIN, ESQ.
950 S PINE ISLAND RD
SUITE A-150
PLANTATION, FL  33324