UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO.: 17-20566-BKC-LMI
                                                                        PROCEEDING UNDER CHAPTER 13
SHMUEL OVADIA


DEBTOR_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims. The plan requires 100% payment of unsecured creditors. **At confirmation, the Debtor agreed to pay 100% or allow the case to be dismissed.** The unsecured claims total $105,876.74.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __JUNE 21, 2018__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/_____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS<br>
CASE NO.: 17-20566-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
SHMUEL OVADIA
1504 BAY ROAD
APT. 1016
MIAMI BEACH, FL  33139-3272

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
STAN L. RISKIN, ESQ.
950 S PINE ISLAND RD
SUITE A-150
PLANTATION, FL  33324

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

05/09/2018

To: STAN L. RISKIN, ESQ

Re: SHMUEL OVADIA          Case: 17-20566- LMI

Dear STAN L. RISKIN, ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: TOTAL UNSECURED

Plan fails to provide for 100% of allowed unsecured claims

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Southern District of Florida

Tonya Steele
Nancy K. Neidich, Esquire
Chapter 13 Standing Trustee

NANCY K. NEIDICH
Chapter 13 Standing Trustee
P. O. Box 279806
Miramar, FL 33027

STAN L RISKIN
20801 BISCAYNE BLVD# 506
AVENTURA, FL 33180